AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois, Urbana Divis

| | |
|---|---|
| Western World Insurance Group | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-2118 |
| Selective Ins. Co. of South Carolina, et al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

> Selective Insurance Company of South Carolina
> c/o Director of Insurance
> State of Illinois
> 100 W. Randolph, St., Suite 9300 Chicago, IL  60601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson
_____
Name of clerk of court

Date: May 27, 2008

s/ M. Talbott
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois, Urbana Divis

| | |
|---|---|
| Western World Insurance Group | ) |
| Plaintiff | ) |
| v. | ) |
| Selective Ins. Co. of South Carolina, et al. | ) |
| Defendant | ) |

Civil Action No. $08-2118$

### Summons in a Civil Action

To: *(Defendant's name and address)*

    Allianz Global Risk, U.S.
    c/o Director of Insurance
    State of Illinois
    100 W. Randolph, St., Suite 9300 Chicago, IL 60601

A lawsuit has been filed against you.

        Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ Pamela E. Robinson

Name of clerk of court

Date: May 27, 2008

s/ M. Talbott

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*