AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

Western World Insurance Group,
Plaintiff,

v.

Selective Ins. Co. of South Carolina and
Monticello Insurance Company n/k/a
Allianz Global Risk, U.S.,
Defendants.

**APPEARANCE**

Case Number: 08-cv-2118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Allianz Global Risks US Insurance Company  (Successor-in-Interest to certain Monticello Insurance Company Policies at Issue in this Litigation)

I certify that I am admitted to practice in this court.

| 6/20/2008 | | *Joseph Pozen* (signature) |
|---|---|---|
| Date | | Signature |

| Joseph P. Pozen | 6269236 |
|---|---|
| Print Name | Bar Number |

Bates & Carey LLP, 191 N. Wacker Drive, Suite 2400
Address

| Chicago | IL | 60606 |
|---|---|---|
| City | State | Zip Code |

| (312) 762-3100 | (312) 762-3200 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

      I, Scott L. Carey, hereby certify that on June 20, 2008, I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and have also deposited the above document(s), postage prepaid, in the U.S. Mail at 191 North Wacker Drive, Chicago, Illinois, 60606 before 5:00p.m. on June 20, 2008:

*Attorneys for Selective Insurance Company of South Carolina*

Nancy K. Tordai
HANSON PETERS NYE
1000 Hart Road, Suite 300
Barrington, IL  60010
Telephone:  (847) 277-8104
Facsimile:  (847) 277-7339
E-mail:  nancytordai@hpnlaw.com

*Attorneys for Western World Ins. Group*

Glenn F. Fencl
Richard Gordon
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603
Telephone:  (312) 984-6685
Facsimile:  (312) 372-9818
E-mail:  fenclg@jbltd.com
E-mail:  gordonr@jbltd.com

s/ _____
Scott L. Carey (Illinois ARDC No. 6182566)
*Attorney for Defendant, Allianz Global Risks US Insurance Company*
Bates & Carey LLP
191 N. Wacker Drive
Suite 2400
Telephone:  (312) 762-3100
Facsimile:  (312) 762-3200
E-mail:  scarey@batescarey.com

258785_1.DOC