E-FILED
Monday, 23 June, 2008  04:59:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  08-CV-02118 |
| | ) | Judge:  Michael P. McCuskey |
| SELECTIVE INSURANCE COMPANY OF | ) | Magistrate:  David G. Bernthal |
| SOUTH CAROLINA AND MONTICELLO | ) | |
| INSURANCE COMPANY, n/k/a ALLIANZ | ) | |
| GLOBAL RISK, U.S., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME
FOR ALLIANZ GLOBAL RISKS U.S. INSURANCE
COMPANY TO FILE ITS RESPONSIVE PLEADING**

Defendant, Allianz Global Risks US Insurance Company, as Successor in Interest to Policies Issued by Monticello Insurance Company at issue in this Litigation ("Allianz"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure No. 6(b), requests that this Court grant an enlargement of time for Allianz to file its responsive pleadings to Plaintiff, Western World Insurance Company's ("WWIC") Complaint for Declaratory Relief. In support of its motion, Allianz states as follows:

1. Plaintiff WWIC filed its Complaint for Declaratory Relief in this Court on May 27, 2008.

2. Upon receipt of WWIC's Complaint, Allianz has been diligently investigating WWIC's claims and coordinating a response. However, due to scheduling conflicts, Allianz and its counsel respectfully request that this Court allow it an additional 14 days, until July 7, 2008 to file a responsive pleading.

3. Counsel for Allianz telephoned counsel for WWIC regarding whether WWIC would object to the enlargement of time but voice mails were not returned by the time of this filing.

WHEREFORE, Allianz respectfully requests that this Court enter an order enlarging the time for Allianz to file its responsive pleading by 14 days until July 7, 2008.

Respectfully submitted,

   s/Scott L. Carey
One of the Attorneys for Defendant
Allianz Global Risk, U.S.

Scott L. Carey
Joseph P. Pozen
David M. Alt
Bates & Carey LLP
191 N. Wacker
Suite 2400
Chicago, IL 60606
(312) 762-3100

DATED:   June 23, 2008

259211

**Certificate of Service**

    I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the appropriate parties in this matter.

By:     s/ Scott L. Carey