AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Illinois__

Western World Insurance Group,
Plaintiff,

v.

Selective Ins. Co. of South Carolina and
Monticello Insurance Company n/k/a
Allianz Global Risk, U.S.,
Defendants.

**APPEARANCE**

Case Number: 08-cv-2118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Allianz Global Risks US Insurance Company (Successor-in-Interest to certain Monticello Insurance Company Policies at Issue in this Litigation)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/24/2008 | /s/ Alicia Jaeger Smith |
| Date | Signature |
| | Alicia Jaeger Smith — 6272460 |
| | Print Name — Bar Number |
| | Bates & Carey LLP, 191 N. Wacker Drive, Suite 2400 |
| | Address |
| | Chicago   IL   60606 |
| | City   State   Zip Code |
| | (312) 762-3100   (312) 762-3200 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

I, Scott L. Carey, hereby certify that on June 24, 2008, I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and have also deposited the above document(s), postage prepaid, in the U.S. Mail at 191 North Wacker Drive, Chicago, Illinois, 60606 before 5:00p.m. on June 24, 2008:

*Attorneys for Selective Insurance Company of South Carolina*

Nancy K. Tordai
HANSON PETERS NYE
1000 Hart Road, Suite 300
Barrington, IL  60010
Telephone:  (847) 277-8104
Facsimile:  (847) 277-7339
E-mail:  nancytordai@hpnlaw.com

*Attorneys for Western World Ins. Group*

Glenn F. Fencl
Richard Gordon
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, IL  60603
Telephone:  (312) 984-6685
Facsimile:  (312) 372-9818
E-mail:  fenclg@jbltd.com
E-mail:  gordonr@jbltd.com

s/ *[signature]*
Scott L. Carey (Illinois ARDC No. 6182566)
*Attorney for Defendant, Allianz Global Risks US Insurance Company*
Bates & Carey LLP
191 N. Wacker Drive
Suite 2400
Telephone:  (312) 762-3100
Facsimile:  (312) 762-3200
E-mail:  scarey@batescarey.com