AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

Western World Insurance Group,
Plaintiff,

v.

Selective Ins. Co. of South Carolina and
Monticello Insurance Company n/k/a Allianz
Global Risk, U.S.,
Defendants

**APPEARANCE**

Case Number: 08-cv-2118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Selective Insurance Company of South Carolina

I certify that I am admitted to practice in this court.

| 6/26/2008 | *Nancy K. Tordai* (signature) |
|---|---|
| Date | Signature |

| Nancy K. Tordai | 06182953 |
|---|---|
| Print Name | Bar Number |

1000 Hart Road, Suite 300
Address

| Barrington | IL | 60010 |
|---|---|---|
| City | State | Zip Code |

| (847) 277-9988 | (847) 277-7339 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 26, 2008 she electronically filed the aforesaid Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorneys for Western World Ins. Group*
Glenn F. Fencl
Richard Gordon
Johnson & Bell, Ltd.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Tele: (312)(984-6685
Fax: (312)372-9818
E-mail:   fenclg@jbltd.com
          gordonr@jbltd.com

*Attorneys for Defendant, Allianz*
Scott L. Carey
BATES & CAREY LLP
Suite 2400
191 N Wacker
Chicago, IL 60606
Tele:    312-762-3100
Fax:     312-762-3200 (fax)
E-mail:  scarey@batescarey.com

/s/ Nancy K. Tordai
Nancy K. Tordai (IL Bar No. 06182953)
Attorney for Plaintiff, Selective Insurance Company of South Carolina
Hanson Peters Nye
1000 Hart Road, Suite 300
Barrington, Illinois 60010
Telephone: (847)277-8104
Fax: (847)277-7339
E-mail: nancytordai@hpnlaw.com