**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| WESTERN WORLD INSURANCE GROUP,<br>    Plaintiff<br><br>           vs.<br><br>SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA AND MONTICELLO INSURANCE COMPANY, N/K/A ALLIANZ GLOBAL RISK, U.S.<br>    Defendants | No. 08-2118<br>Judge:  Michael P. McCuskey<br>Magistrate:  David G. Bernthal |

**MOTION FOR ENLARGEMENT OF**
**TIME FOR SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA**
**TO FILE ITS RESPONSIVE PLEADING, UNOPPOSED BY PLAINTIFF, WESTERN**
**WORLD**

The Defendant, the Selective Insurance Company of South Carolina, through its counsel, and pursuant to Federal Rule of Civil Procedure 6(b) requests that this Court grant an enlargement of time to July 11, 2008 for it file its pleadings in response to the Complaint for Declaratory Relief filed against it by Western World Insurance Company, and in support thereof states:

    1.    Western World filed its Complaint on May 27, 2008.

    2.    Selective's responsive pleadings were originally due to be filed on June 30, 2008.

    3.    Western World does not oppose granting Selective an enlargement of time to July 11, 2008 for Selective to file its responsive pleadings.

    4.    Such an enlargement will not prejudice any party to this litigation.

Wherefore, Selective respectfully requests that this Court enter an Order enlarging the time for Selective to file its responsive pleading to July 11, 2008.

Dated: June 26, 2008                    Respectfully submitted,

Selective Insurance Company of South Carolina

By: __/s/ Nancy K. Tordai_____
     One of its counsel

Of Counsel:

Nancy K. Tordai (Ill. Bar. No. 06182953)
Hanson Peters Nye
1000 Hart Road, Suite 300
Barrington, Illinois 60010
Telephone:  (847)277-9988
Facsimile:  (847)277-7339
Email:  nancytordai@hpnlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on the 26TH day of June, 2008, she electronically filed with the Clerk of the Court using the CM/ECF system, the aforesaid **MOTION FOR ENLARGEMENT OF TIME FOR SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA TO FILE ITS RESPONSIVE PLEADING, UNOPPOSED BY PLAINTIFF, WESTERN WORLD** , which will send a notice of electronic filing to the appropriate parties in this matter.

Dated this 26th day of June, 2008        **/s/Nancy K. Tordai**
                                                                    Nancy K. Tordai (Bar Number 06182953)
                                                                      Attorney for Defendant, Selective Insurance Company of South Carolina
                                                                      Hanson Peters Nye
                                                                      1000 Hart Road, Suite 300
                                                                      Barrington, Illinois 60010
                                                                      Telephone: (847)277-8104
                                                                      Fax:  (847)277-7339
                                                                      E-mail:  nancytordai@hpnlaw.com