AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central   DISTRICT OF   Illinois

Western World Insurance Group,
Plaintiff,

v.

Selective Ins. Co. of South Carolina and
Monticello Insurance Company n/k/a
Allianz Global Risk, U.S.,
Defendants.

**APPEARANCE**

Case Number: 08-cv-2118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Allianz Global Risks US Insurance Company (Successor-in-Interest to certain Monticello Insurance Company Policies at Issue in this Litigation)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/30/2008 | *signature: Alicia Jaeger Smith* |
| Date | Signature |
| | Alicia Jaeger Smith   6272460 |
| | Print Name   Bar Number |
| | Bates & Carey LLP, 191 N. Wacker Drive, Suite 2400 |
| | Address |
| | Chicago   IL   60606 |
| | City   State   Zip Code |
| | (312) 762-3100   (312) 762-3200 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

I, Alicia J. Smith, hereby certify that on June 30, 2008, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Attorneys for Selective Insurance Company of South Carolina*

Nancy K. Tordai
HANSON PETERS NYE
1000 Hart Road, Suite 300
Barrington, IL 60010
Telephone: (847) 277-8104
Facsimile: (847) 277-7339
E-mail: nancytordai@hpnlaw.com

*Attorneys for Western World Ins. Group*

Glenn F. Fencl
Richard Gordon
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603
Telephone: (312) 984-6685
Facsimile: (312) 372-9818
E-mail: fenclg@jbltd.com
E-mail: gordonr@jbltd.com

s/ *Alicia Joan Smith*
Alicia J. Smith (Illinois ARDC No.6272460)
*Attorney for Defendant, Allianz Global Risks US Insurance Company*
Bates & Carey LLP
191 N. Wacker Drive
Suite 2400
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
E-mail: ajsmith@batescarey.com

\259818_1.DOC