# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SELECTIVE INSURANCE COMPANY OF ) <br> SOUTH CAROLINA AND MONTICELLO ) <br> INSURANCE COMPANY, n/k/a ALLIANZ ) <br> GLOBAL RISK, U.S., ) <br> ) <br> Defendants. ) <br> ) | Case No. 08-CV-02118 <br> Judge: Michael P. McCuskey <br> Magistrate: David G. Bernthal |

## ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and for its Corporate Disclosure Statement, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, as successor-in-interest to certain policies issued by MONTICELLO INSURANCE COMPANY at issue in this litigation, by and through its attorneys, BATES & CAREY LLP, states that Allianz Global Risks US Insurance Company ("Allianz"), a private non-governmental entity, certifies that Allianz's corporate parent is Allianz A.G., a German corporation whose shares are publicly traded. No other publicly held corporation owns ten percent or more of Allianz's stock.

Date:  July 9, 2008

                                              Respectfully submitted,

                                              ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

                                              By:    s/ David M. Alt
                                                          One of its Attorneys

Scott L. Carey
Joseph P. Pozen
Alicia Jaeger Smith
David M. Alt
BATES & CAREY LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL  60606
Telephone:	(312) 762-3100
Facsimile:	(312) 762-3200

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                    s/ David M. Alt

260353