E-FILED
Friday, 11 July, 2008  10:52:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE GROUP,<br>    Plaintiff<br><br>           vs.<br><br>SELECTIVE INSURANCE COMPANY OF<br>SOUTH CAROLINA AND MONTICELLO<br>INSURANCE COMPANY, N/K/A ALLIANZ<br>GLOBAL RISK, U.S.<br>    Defendants | No. 08-2118<br>Judge:  Michael P. McCuskey<br>Magistrate:  David G. Bernthal |

## MOTION TO STAY THE RULE 16 SCHEDULING CONFERENCE

The Defendant, Selective Insurance Company of South Carolina, through its counsel, moves this Court to Stay the Rule 16 Scheduling Conference, which is currently set to proceed on July 29, 2008, and withdraw it from this Court's docket, and in support thereof states:

1.   On June 30, 2008 this Court entered an Order setting this case for a Rule 16 Scheduling Conference to proceed on July 29, 2008.

2.   On July 11, 2008 Selective filed a motion with this Court to Consolidate these proceedings into and with SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA v. CITY OF PARIS, GENE RAY, JAMES PARRISH, GORDON RANDY STEIDL, AND HERBERT WHITLOCK, which was filed on December 5, 2007, Court Number 07-CV-02224. (The "Selective Coverage Litigation").  The Motion to Consolidate is based on the fact that the Selective Coverage Litigation and this action filed by Western World involve common questions of law and fact, and that allowing the two separate actions to proceed would be burdensome, inefficient, and waste of resources.

3. Consolidation of this action with Court Number 07-CV-02224 would dispense with the need for a Rule 16 Scheduling Conference in this litigation, and therefore Selective respectfully requests that the Rule 16 Scheduling Conference be stayed and not proceed until this Court rules on its Motion to Consolidate.

WHEREFORE, Selective respectfully requests that this Court stay the July 29, 2008 Rule 16 Scheduling Conference, and withdraw it from this Court's docket pending resolution of Selective's Motion to Consolidate.

Dated: July 11, 2008                    Respectfully submitted,

Selective Insurance Company of South Carolina

By: __/s/ Nancy K. Tordai_____
       One of its counsel

Of Counsel:

Nancy K. Tordai (Ill. Bar. No. 06182953)
Hanson Peters Nye
1000 Hart Road, Suite 300
Barrington, Illinois 60010
Telephone: (847)277-9988
Facsimile: (847)277-7339
Email: nancytordai@hpnlaw.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on the 11th day of July, 2008, she electronically filed with the Clerk of the Court using the CM/ECF system, the aforesaid **MOTION TO STAY SCHEDULING CONFERENCE**, which will send a notice of electronic filing to the appropriate parties in this matter.

Dated this 11th day of July, 2008
                                                      /s/**Nancy K. Tordai**
Nancy K. Tordai (Bar Number 06182953)
Attorney for Defendant, Selective Insurance Company of South Carolina
Hanson Peters Nye
1000 Hart Road, Suite 300
Barrington, Illinois 60010
Telephone: (847)277-8104
Fax: (847)277-7339
E-mail: nancytordai@hpnlaw.com

Dated: July 11, 2008

3