IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SELECTIVE INSURANCE COMPANY OF ) <br> SOUTH CAROLINA AND MONTICELLO ) <br> INSURANCE COMPANY N/K/A ALLIANZ ) <br> GLOBAL RISK, U.S., ) <br> ) <br> Defendants. ) | Case No.  08-cv-2118 <br><br> Judge:  Michael P. McCuskey <br> Magistrate:  David G. Bernthal |

**JOINDER OF ALLIANZ GLOBAL RISKS US INSURANCE COMPANY IN
SELECTIVE'S MOTION TO CONSOLIDATE**

Allianz Global Risks US Insurance Company ("Allianz") as successor-in-interest to certain policies issued by Monticello Insurance Company at issue in this litigation, hereby joins in and adopts by reference the Motion to Consolidate filed by Selective Insurance Company of South Carolina ("Selective").  The consolidation of the *Western World* declaratory judgment suit with the *Selective* declaratory judgment suit will permit the Court to promote judicial economy by simultaneously handling discovery and scheduling of these related cases in the more comprehensive litigation.  For this reason and the reasons set forth in Selective's Motion to Consolidate, Allianz asks that this Court consolidate this action with the lawsuit captioned *Selective Ins. Co. of South Carolina v. City of Paris, et al.*, Case No. 07-CV-2224, also pending before this Court.

Dated: July 23, 2008

Respectfully submitted,

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

By:   s/   Alicia Jaeger Smith
      Counsel for Allianz

Scott L. Carey
Joseph P. Pozen
Alicia Jaeger Smith (Illinois Bar No. 6272460)
David M. Alt
BATES & CAREY LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL  60606
Telephone:   (312) 762-3100
Facsimile:    (312) 762-3200
E-mail:  scarey@batescarey.com
E-mail:  jpozen@batescarey.com
E-mail:  ajsmith@batescarey.com
E-mail:  dalt@batescarey.com

**CERTIFICATE OF SERVICE**

    I, Alicia Jaeger Smith, hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                  s/   Alicia Jaeger Smith
                    Alicia Jaeger Smith (Illinois Bar No. 6272460)
                    Attorney for ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
                    BATES & CAREY LLP
                    191 N. Wacker Drive
                    Suite 2400
                    Chicago, IL  60606
                    Telephone:   (312) 762-3100
                    Facsimile:    (312) 762-3200
                    E-mail:  ajsmith@batescarey.com

261560