**In the United States District Court
For the Central District of Illinois
Urbana Division**

| | |
|---|---|
| **Western World Insurance Group,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Cause No.  08-2118** |
| v. ) | |
| ) | |
| **Selective Insurance Company of** ) | |
| **South Carolina and Monticello Insurance** ) | |
| **Company, n/k/a Allianz Global Risk, U.S.,** ) | |
| ) | |
| **Defendants.** ) | |

**Plaintiff's Response to Defendant Selective Insurance Company of South Carolina's
Motion to Consolidate**

NOW COMES the Plaintiff, WESTERN WORLD INSURANCE GROUP, and for its Response to Defendant Selective Insurance Company of South Carolina's Motion to Consolidate, states as follow.

1. On July 11, 2008, Defendant Selective Insurance Company of South Carolina filed a Motion to Consolidate this action with a Complaint Selective had previously filed on December 5, 2007 under Cause No. 07-cv-02224.

2. Plaintiff Western World Insurance Group has no objection to consolidation of these two matters and agrees that the two matters contain overlapping issues, and that consolidation of both suits will permit the Court to promote judicial economy.

Wherefore, the Plaintiff, Western World Insurance Group, respectfully requests that this Honorable Court grant Selective Insurance Company of South Carolina's Motion to Consolidate.

Respectfully submitted,

JOHNSON & BELL, LTD.

By: _s/Richard R. Gordon_
One of its Attorneys

Glenn F. Fencl ARDC No. 3126086
Richard Gordon ARDC No. 6277551
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
*Attorneys for Plaintiff,*
*Western World Insurance Group*
#1907562

**CERTIFICATE OF SERVICE**

      I hereby certified that on the 25th day of July, 2008, I electronically filed the foregoing Plaintiff, Western World Insurance Group's Plaintiff's Response to Defendant Selective Insurance Company of South Carolina's Motion to Consolidate of the Court using the CM/ECF system which will send notification of such filing to the following:

Nancy K. Tordai
Hanson Peters Nye
1000 Hart Road
Suite 300
Barrington, Illinois 60010

Scott L. Carey
Joseph P. Pozen
Alicia Jaeger Smith
David M. Alt
Bates & Carey, LLP
191 North Wacker Drive
Suite 2400
Chicago, Illinois 60608


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

                                                    By: s/ Richard R. Gordon
                                                       Richard R. Gordon A.R.D.C. #6277551
                                                       One of the Attorneys for Plaintiff

Glenn F. Fencl ARDC No. 3126086
Richard Gordon ARDC No. 6277551
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
(312) 372-0770

4